(137 So. 924)

**Henry OWENS v. STATE.**

2 Div. 493.

Court of Appeals of Alabama.
Nov. 24, 1931.

RICE, J.
Appeal dismissed.

(131 So. 924)

**James OWENS v. STATE.**

1 Div. 955.

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

(132 So. 921)

**Roy PARKS, alias Parcus, v. STATE.**

8 Div. 285.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(131 So. 924)

**Clarence PARSON v. TOWN OF HALEY-VILLE.**

6 Div. 923.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Appeal dismissed.

(138 So. 924)

**R. R. PARSONS v. STATE.**

6 Div. 106.

Court of Appeals of Alabama.
Jan. 12, 1932.

BRICKEN, P. J.
Affirmed.

(135 So. 925)

**Audrey PATE v. STATE.**

3 Div. 706.

Court of Appeals of Alabama.
June 16, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 922)

**Hascal PATTERSON v. STATE.**

7 Div. 781.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(138 So. 924)

**E. A. PATTS v. CITY OF TUSCALOOSA.**

6 Div. 190.

Court of Appeals of Alabama.
Dec. 17, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.